UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

CIVIL ACTION NO. 05-155-DLB

MARK SUELLENTROP                                                                                    PLAINTIFF

v.                                                       **O R D E R**

KING PHARMACEUTICALS, INC.                                                               DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff having filed a Notice of Voluntary Dismissal Without Prejudice (Doc. #4), and the Court being otherwise sufficiently advised;

**IT IS ORDERED** that the Motion to Dismiss (Doc. #2) be, and is, hereby **denied as moot**, and this case is hereby **stricken** from the Court's docket.

This 19th day of December, 2005.

Signed By:
*David L. Bunning*   DB
United States District Judge